# Exhibit 3



**THE HDD COMPANY**

CASA GRANDE | HEAD OFFICE
3117 N Cessna Ave, Casa Grande, AZ 85122
MAIN 530 676 5705 | CROSSINGGROUP.COM

Feb 1st, 2024
Casa Grande, Arizona

ATTN: NECEC Transmission Line, LCC

NOTICE OF TERMINATION

As you know, the NECEC Transmission Line, LCC ("NECEC") and the H.D.D. Company, Inc. ("HDDC") executed the Agreement for Engineering, Procurement and Construction of the New England Clean Energy Contract HVDC Underground Transmission Line (the "Prime Contract"), with an effective date of February 8, 2021.

On November 26, 2021, NECEC notified HDDC that a Force Majeure Event had occurred. Since that date, NECEC and HDDC have been unable to perform their obligations under the Prime Contract. Accordingly, pursuant to Section 7.2(f) of the Prime Contract, HDDC hereby terminates the Prime Contract, effective immediately.

HDDC has substantial concerns about the viability of this project.

HDDC does not feel that it would be responsible to execute a project of this size, expense, and technical complexity under the current contractual relationship.

We understand, however, that NECEC needs this project built. Accordingly, we are willing to, under a new contract, work to find a way to make the project constructible and the contractual relationship reasonable and productive.

Respectfully,

Ty Hewer
Vice President
The HDD Co, Inc

*Going to Greater Lengths™*