# Exhibit 4



Benjamin Shepard PE, PMP
New England Clean Energy Connect HVDC Underground Transmission Line
Avangrid Kennebec River Crossing
83 Edison Drive
August, ME. 04336

RE: Change Notice #007 – Crane Pad Modifications

Ben,

Pursuant to Article 9-CHANGE IN THE WORK Section 9.1 Change Orders please accept the following request for change for your consideration.

The pullback plan will require additional civil construction work and subsequent removal on the HDD pad to support crane operations during the pullback.

- ROM for construction and removal         $ 27,537.00

Please review at your earliest and we will make ourselves available to discuss.

Paul D. DiLorenzo

Director EPC-East Region - Infrastructure

A MEMBER OF **THE CAMPOS FAMILY**



6 Columbia Drive, Amherst, NH. 03031