# Exhibit 5



Benjamin Shepard PE, PMP
New England Clean Energy Connect HVDC Underground Transmission Line
Avangrid Kennebec River Crossing
83 Edison Drive
August, ME. 04336


RE: Change Notice #008 – Water wells


Ben,

Pursuant to Article 9-CHANGE IN THE WORK Section 9.1 Change Orders please accept the following request for change for your consideration.

CamposEPC proposal under section 3.1 Geographic and Site that we assumed each well to be drilled to (200') each well was drilled to (500') to gain the necessary water yield. Additionally, each well required the utilization of hydro-flush operations, the water well on the moxie gore HDD pad still did not yield necessary water yield and a 3rd well was drilled which is included in the below.

- Additional well depth on each pad (300') each, Hydro flush of (2) wells, 3rd water well installation                              $ 80,313.70


Please review at your earliest and we will make ourselves available to discuss.


Paul D. DiLorenzo

Director EPC-East Region - Infrastructure

A MEMBER OF **THE CAMPOS FAMILY**


6 Columbia Drive, Amherst, NH. 03031