# Exhibit 6





# NECEC 320kV Kennebec River Crossing Horizontal Directional Drilling

# Change of Drilling Subcontractor Plan



Mr. Ben Sheppard
NECEC Project Manager
83 Edison Drive
Augusta, ME 04336
Re: Change of Drilling Subcontractor Plan

Summary

Campos EPC parted ways with our drill subcontractor (Cherokee) due to Campos' growing discomfort with the subcontractor's waning commitment to the Kennebec River Crossing drill project. Campos EPC's goal has always been, and continues to be, to keep intact our substantial completion and final completion dates while utilizing a new drilling subcontractor.

Update

Campos and new drill subcontractor (HDD) were on the project site Tuesday, 7/30/24, to confirm current state of the project site(s) and ensure project execution alignment with Project Execution Plan, IR Plan, IFA drawings, and permit constraints. On Wednesday, 7/31/24 additional meetings took place focusing on the items noted below.

Approach

Based on current IFA drawings, means and methods will not change, and work will only be performed within the permitted Right-of-Way. Therefore, it is our belief that the change of subcontractor will only require a name change on the current permit, eliminate additional questions from the DEP and Army Corp of Engineers, and pass a third-party inspection comparing permit design to as built.

Current Interim Milestones

1. HDD Commencement of Pre-Mobilization Activities- No later then 8/9/24
2. HDD Equipment/Rig Mobilization- NLT 8/19/24
3. HDD Equipment/Rig Mobilization Arrival at Site- NLT 8/22/24
4. HDD Site Set Up- 8/22/24
5. HDD Pilot Commencement- 8/27/24

Time Savings

1. Shorter mobilization duration, 1 week saving
2. Shorter casing install duration, 1 week savings
3. Shorter overall drill duration, 1+ weeks savings

Updated HDD Schedule

1. Pilot Complete- 09/11/24
2. 1st Ream Pass Complete- 09/24/24
3. 2nd Ream Pass Complete- 10/11/24
4. 3rd Ream Pass Complete- 11/8/24
5. Pipe Pull Complete- 11/12/24
6. Substantial Complete- 11/16/24