# Exhibit 7



Benjamin Shepard PE, PMP
New England Clean Energy Connect HVDC Underground Transmission Line
Avangrid Kennebec River Crossing
83 Edison Drive
August, ME. 04336

RE: Change Notice #004 – Change in Conditions

Ben,

Pursuant to Article 9-CHANGE IN THE WORK Section 9.1 Change Orders please accept the following request for change.

Campos has communicated that rock conditions with the drilling operations of the project have added time to our schedule for this scope of work being executed. As of today, we have forecasted that it will take fifty-seven additional days to complete the drilling activities from our original submitted baseline schedule.

We previously communicated that the per day rate for general conditions, labor and equipment would be $ 146,111.00 per day X 57 Days = $ 8,328,327.00

At this time the winter conditions have not been factored into the above change in conditions number, as the work progresses through the winter, we will evaluate weather conditions for impacts that will affect the HDD operations, snow removal and clean up of pipe stringing right of ways.

A MEMBER OF **THE CAMPOS FAMILY**





Please review at your earliest and we will make ourselves available to discuss.

Paul D. DiLorenzo

Director EPC-East Region

CC: Pat McHugh
Matt Campano
Cory Richins
Holly Davies
Todd Lamoureaux
Mark Atkinson
Manola Marquez
Justin Tribbet
Olga Zabawa

