# Exhibit 8



December 18, 2024

Benjamin Shepard PE, PMP
New England Clean Energy Connect HVDC Underground Transmission Line
Avangrid Kennebec River Crossing
83 Edison Drive
August, ME. 04336

RE: Change Notice #005 – Winter Conditions

Ben,

Pursuant to Article 9-CHANGE IN THE WORK Section 9.1 Change Orders please accept the following request for change.

Under section 3.1 Geographic and Site, CamposEPC excluded winter conditions associated with snow removal, or specific heating and blanketing components in our proposal.

Additionally, as indicated in our Change Notice 004-Change Condition on 11-12-2024, winter conditions associated with the forecasted additional days of drilling activities from our original baseline schedule were not included in Change Notice 004.

Winter conditions associated with the HDD operational support include to date snow plowing, sanding, heating of water walls and associated well house operations, heating for fractionalization tanks, FPVC wrapping, clearing pull back area, recovery assets on both access roads.

A MEMBER OF **THE CAMPOS FAMILY**





We would suggest that we accumulate these expenses monthly for review with you and the team, or if a forecasted cost to complete would be better suited for project accounting we are open to discuss.

Paul D. DiLorenzo

Director EPC-East Region

CC: Pat McHugh
Matt Campano
Cory Richins
Holly Davies
Todd Lamoureaux
Mark Atkinson
Manola Marquez
Justin Tribbet
Olga Zabawa

