# Exhibit 9



Benjamin Shepard
Director – Kennebec River Crossing
AVANGRID Networks
83 Edison Drive
Augusta, ME 04336

January 24, 2025

Paul D. DiLorenzo
Director EPC – East Region- Infrastructure
Campos EPC, LLC
6 Columbia Drive
Amherst, NH 03031

Dear Mr. DiLorenzo,

I write to respond to your letter dated January 20, 2025 concerning the Change Notice #004 #005 Invoice Letter. In that letter, Campos purports to unilaterally begin invoicing Avangrid for costs set forth in Change Notices #004 (unforeseen conditions) and #005 (weather). Where Avangrid has had to request additional information (multiple times) from Campos to evaluate the validity of the Change Notices, Avangrid has not yet been in a position to approve or deny them. Avangrid will, therefore, disregard any such invoices it receives from Campos.

With respect to the claims in your letter about the justifications for Change Notices #004 and #005, Avangrid disputes the allegations about whether unforeseen conditions exist under the Contract for this Project, as well as who bears the responsibility for the delay pushing the Work into winter conditions. We will discuss those issues with you in the upcoming meeting on January 28.

Finally, with respect to the meeting currently planned for January 28 between the companies' Vice Presidents, please be aware that Avangrid has not planned to attend such a meeting in response to any request pursuant to "the Dispute Clause of the Contact" as you claim in your January 20 letter. This meeting was planned and agreed to prior to receipt of your letter. Avangrid's Vice President plans to attend the meeting to discuss resolution of the issue of claimed delays with Campos' Work and the response to the requested Change Notices #004 and #005. He is not attending as the first step in a contractually required dispute resolution process.

Avangrid looks forward to the meeting next week and working collaboratively to resolve these issues.


Sincerely,

Benjamin Shepard

*[signature]*