# Exhibit 10



February 3, 2025

Justin Tribbet
Sr. Director of NECEC
83 Edison Drive
Augusta, ME 04336
justin.tribbet@avangrid.com

Benjamin Shepard
Director Transmission - NECEC
83 Edison Drive
Augusta, Maine 04336
benjamin.shepard@cmpco.com

**Re: Stop Work Notice**

Messrs. Tribbet & Shepard:

This Notice is to inform you that as of 7:00 p.m. EST today Campos will be stopping work at the New England Clean Energy Connect HVDC Underground Transmission Line project. Campos submitted Change Order #5 – Winter Conditions over forty-five days ago and did not receive a response within the review and approval window set forth in our contract.  Pursuant to the 9.1 (c) and (g) of our contract we cannot proceed with the Change in the Work without a Notice to Proceed or executed Change Order. As such, Campos will stop work pending resolution of  Change Order #5 -Winter Conditions. We cannot perform the Work in winter without these additional costs, therefore we have no option but to stop work. We are available to meet to get a resolution to minimize the impact of the stoppage in work.

Sincerely,

Holly Davies

Chief Legal Counsel
Campos EPC, LLC


cc: manuel.marquez@cmpco.com

A MEMBER OF **THE CAMPOS FAMILY**

      

1550 Wynkoop St. #2B  |  Denver, Colorado 80202