# Exhibit 12



February 3, 2025

Justin Tribbet
Sr. Director of NECEC
83 Edison Drive
Augusta, ME 04336
jtribbet@avangrid.com

Benjamin Shepard
Director Transmission - NECEC
83 Edison Drive
Augusta, Maine 04336
benjamin.shepard@cmpco.com

### Re: Confirmation of Agreement

Messrs. Tribbet & Shepard:

This correspondence serves to confirm the verbal agreement reached today between Robert Sawaya, Campos, and Joseph Purington, NECEC Transmission LLC. Campos has agreed to not stop work today at the New England Clean Energy Connect HVDC Underground Transmission Line project, in exchange for payment of $8,000,000.00 to be deposited by Friday, February 7, 2025 into Campos' account, and resolution of all outstanding change orders (Change Notice #3-8) by 5:00 p.m. EST Tuesday, February 11, 2025. If all outstanding change orders are not resolved at that time, Campos will stop work.

Sincerely,

Holly Davies

Chief Legal Counsel
Campos EPC, LLC


cc: manuel.marquez@cmpco.com

A MEMBER OF **THE CAMPOS FAMILY**



1550 Wynkoop St #2R | Denver, Colorado 80202