# Exhibit 13



**BY EMAIL ONLY**

February 4, 2025

Holly Davies, Esq.
Chief Legal Counsel
Campos EPC, LLC

Dear Ms. Davies,

We are in receipt of your letter dated February 3, 2025, regarding the call between Robert Sawaya and Joseph Purington.

NECEC did agree to make an $8 million payment to Campos this week. NECEC is also committed to ensuring that Campos's change order requests are properly and fairly addressed. And NECEC has demonstrated a willingness to support Campos's cashflow while the Parties do so. Any continued threat to stop work in the face of this approach is inconsistent with the Contract and wholly unjustified. We are committed to meeting whenever and as often as necessary to ensure that we continue to make progress and that the Campos' work and our Project are a success.

Sincerely,


Joseph Purington

cc:     Scott Mahoney, Esq.
        Mr. Manuel Marquez Asensio

#2025.02.04 NECEC Letter re payment(17822825.2)(123908063_1.docx)