# Exhibit 14



# CAMPOS

# Change Agreement

The following changes have been negotiated between the Owner and Contractor on the New England Clean Energy Connect HVDC Underground Transmission Line.

- Request For Change #4 – Eleven Million Four Hundred Thirty-Six Thousand Three Hundred and Forty-Five Dollars and no cents ($11,436,345,00) for change in conditions due to underground conditions differing from those known conditions at the time of bid. This is to be added to the Schedule of Values and paid in full upon completion of the 48" ream

- Request For Change #5 – Two Million Nine Hundred Sixty-One Thousand Nine Hundred and Three Dollars and no cents ($2,961,003.00) for Winter Conditions through March 11, 2025. This is to be paid proportionally from December through March payments based on # of days

- Request For Change #7 – Twenty-Three Thousand One Hundred Seventy-Five dollars and no cents ($23,175.00) for the additional site work for crane access on Right of Way (ROW). To be added to Schedule of Values and Paid upon Completion the Scope of Work Specific to Change #7

- Request For Change #8 - Seventy-Eight Thousand Five Hundred Sixty-Eight Dollars and no cents ($78,568.00) for the additional work required to drill and obtain sufficient water flow from three wells for the Work. To be added to Schedule of Values and be invoiced immediately

- Substantial Completion of the Work as included in the original scope and for the above agreed Work shall be extended to March 11, 2025 pursuant to attached Schedule (new Attachment D to the contract).

A MEMBER OF **THE CAMPOS FAMILY**



6 Columbia Drive, Amherst, NH. 03031

# CAMPOS

# Change Agreement

## Contract Summary

| | |
|---|---|
| Original Contract | $20,000,000.00 |
| Change Order Total | $14,500,000.00 |
| Revised Contract Total | $34,500,000.00 |

The above items are agreed upon by the following representatives with the Authority to approve such Change Agreement.

Campos EPC, LLC

*Holly H* (Signature)  2/12/25 (Date)

Holly Davies
(Name)

Chief Legal Council
(Title)

NECEC LLC

*Joseph Purington* (Signature)  2/13/25 (Date)

Joseph Purington
(Name)

CMP CEO/President
(Title)

A MEMBER OF **THE CAMPOS FAMILY**

6 Columbia Drive, Amherst, NH. 03031