# Exhibit 15



Benjamin Shepard PE, PMP
New England Clean Energy Connect HVDC Underground Transmission Line
Avangrid Kennebec River Crossing
83 Edison Drive
August, ME. 04336

April 2, 025

RE: Notice of Substantial Completion

Ben,

Please accept the following Notice of Substantial Completion.

**Campos EPC, LLC** ("Contractor") hereby represents and certifies to NECEC Transmission LLC ("Owner") that the Project has achieved Substantial Completion pursuant to the requirements of the Agreement (as hereinafter defined). Capitalized terms used and not otherwise defined herein shall have the meanings given to such terms in that certain agreement for the engineering, procurement and construction of the HVDC Underground Transmission Line as part of The New England Clean Energy Connect (NECEC) Project made and entered into as of the 23rd day of April 2024, by and between Owner and Contractor (the "Agreement").

In this regard, the Contractor represents and certifies to the Owner the following have occurred:

 (1) (A) the Project, as a whole, is Energized, or capable of being Energized, and capable of unattended operation in a safe manner in strict accordance with all Permits, Applicable Laws and Good Utility Practice; (B) the Work, to the date of the Notice of Substantial Completion has been completed in strict accordance with the requirements of the Agreement; and (C) all required irrevocable, non-appealable certifications have been obtained by the Contractor, and delivered to the Owner, indicating that the Work can be legally used for its intended occupancy





(2) all Tests (other than: those that the Owner agrees should be on the Final Punchlist and (y) those necessary to achieve Project Completion) have achieved successful results;

 (3) the Contractor has delivered to the Owner a Warranty Bond, pursuant to Section 8.2 of the Agreement;

 (4) the Final Punchlist, including the schedule for the completion of the Punchlist Items thereon, has been accepted by the Owner, as provided in Section 7.3 of the Agreement, and only Non-Critical Deficiencies remain on the Final Punchlist for the Project.

(5) the Contractor has delivered the Notice of Substantial Completion to Owner.

(6) no Liens have been imposed, and remain outstanding, against the Materials, the Equipment, the Work, the Site or the Project, or any such Liens have been transferred to a bond, and the Owner has received all of the required waivers and releases, pursuant to Section 8.1 of the Agreement.

(7) all Contractor's Permits have been obtained, and such Contractor's Permits are in the name of the Owner, unless required by Applicable Law or the Owner to be in the name of the Contractor.

 (8) the Contractor has delivered, to the Owner, all Contractor Deliverables in relation to the Project, as set forth in the Specifications, including the Operations and Maintenance Manuals, except for the Record Drawings and Specifications which shall be delivered to the Owner as a condition precedent to Final Completion.

 (9) all spare parts for which Change Orders have been issued, shall have been delivered by the Contractor, pursuant to Section 3.15 of the Agreement, and are available to the Owner for use in the Project, with the exception of spare parts that have been used for the Project, provided that replacement spare parts for such used spare parts that have been ordered by the Contractor, as evidenced to the Owner by valid and binding purchase orders;





(10) the Contractor has paid, or the Owner has set off, as the case may be, all amounts due and owing for Delay Liquidated Damages, if any; and

(12) any other conditions precedent for Substantial Completion set forth in the Agreement. The Contractor recognizes that the Owner is relying upon the Contractor's representations and certifications set forth herein. The person executing this notice is authorized by the Contractor to do so for, and on behalf of, the Contractor.

[Contractor] By: *Paul DiLorenzo*
_____

Title: Director-EPC East Region

Date: April 2, 2025

CC:
Matt Campano
Cory Richins
Holly Davies
Manola Marquez
Justin Tribbet
Olga Zabawa

A MEMBER OF **THE CAMPOS FAMILY**



6 Columbia Drive, Amherst, NH. 03031