UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>        Defendants. | Case No.: 1:25-cv-05351<br><br>ECF Case |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff NECEC Transmission LLC, certify as follows:

1.      Plaintiff NECEC Transmission LLC is a Delaware limited liability company with its principal place of business in Portland, Maine.  NECEC Transmission LLC is a wholly owned by Avangrid Networks, Inc., and Avangrid Networks, Inc. is wholly owned by Avangrid, Inc. Avangrid, Inc. is a private non-governmental party, and its wholly owned by its parent company is Iberdrola S.A., which is headquartered in Bilbao, Spain.

|  |  |
|---|---|
| Dated: New York, New York<br>June 27, 2025 | By:   */s/ Victoria Ryan* |

                              Judson Brown, P.C. (*pro hac vice* forthcoming)
                              Emily M. Snoddon (*pro hac vice* forthcoming)
                              Hanna Eddy (*pro hac vice* forthcoming)
                              KIRKLAND & ELLIS LLP
                              1301 Pennsylvania Avenue, N.W.
                              Washington, DC 20004
                              Telephone: 202-389-5000
                              judson.brown@kirkland.com
                              emily.snoddon@kirkland.com
                              hanna.eddy@kirkland.com

                              Victoria Ryan
                              KIRKLAND & ELLIS LLP
                              601 Lexington Avenue
                              New York, NY 10022
                              Telephone: 212-446-4800
                              victoria.ryan@kirkland.com

                              *Attorneys for Plaintiff*