**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Necec Transmission LLC

CIVIL ACTION NO.: 1:25-CV-05351

vs

*Plaintiff*

Campos EPC LLC, and H.D.D. Company, Inc.

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Oregon,

That on **06/30/2025** at **1:53 PM** at **5441 S. Macadam Avenue, Suite R, Portland, OR 97238**

I served a(n) **Summons in a Civil Action and Complaint for Damages with Exhibits 1 to 16, Individual Practices in Civil Cases Robert W. Lehrburger, United States Magistrate Judge with Appendix, Individual Rules and Practices in Civil Cases, Electronic Case Filing Rules & Instructions, Plaintiff's Rule 7.1 Disclosure Statement, and Civil Cover Sheet**

on **H.D.D. Inc., c/o Registered Agents Inc., Registered Agent**,

by delivering thereat a true copy of each to **Callie Parker, Clerk on Duty** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/1/25

Chris Pfeiffer