UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>             Defendants. | CASE NO: 1:25-cv-05351<br><br>ECF<br><br>**JUDSON BROWN, P.C. MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I Judson Brown, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff NECEC Transmission LLC in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia and the State of Tennessee.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  Attached is my declaration pursuant to Local Rule 1.3.

Dated: July 2, 2025                                                          Respectfully Submitted,

                                                                             */s/ Judson Brown, P.C.*
                                                                             Judson Brown, P.C.
                                                                             KIRKLAND & ELLIS LLP
                                                                             1301 Pennsylvania Ave, N.W.
                                                                             Washington, DC 20004
                                                                             Telephone: 202-389-5082
                                                                             Facsimile: 202-389-5200
                                                                             judson.brown@kirkland.com

                                                                             *Attorney for Plaintiff NECEC Transmission LLC*