UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>    Defendants. | CASE NO: 1:25-cv-05351<br><br>ECF<br><br>**DECLARATION OF JUDSON BROWN, P.C. MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Judson Brown, hereby declare:

1. I am a partner with the law firm Kirkland & Ellis LLP, and I submit this declaration in support of my motion for admission *pro hac vice* to this Court for all purposes in connection with this action.

2. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia since March 2006 (Exhibit 1) and the State of Tennessee since November 2004 (Exhibit 2).

3. I have never been convicted of a felony.

4. I have never been held in contempt of any court, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am not the subject of any present or past disciplinary proceedings in this or any other court.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

Respectfully Submitted,

*/s/ Judson Brown, P.C.*
Judson Brown, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: 202-389-5082
Facsimile: 202-389-5200
judson.brown@kirkland.com

*Attorney for Plaintiff NECEC Transmission LLC*