# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 1:25-cv-05351<br><br>ECF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |

The motion of Judson Brown for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and of the State of Tennessee and that his contact information is as follows:

> Name: Judson Brown, P.C.
> Kirkland & Ellis LLP
> 1301 Pennsylvania Ave., N.W.
> Washington, DC 20004
> Telephone: 202-389-5082
> Facsimile: 202-389-5200
> Email: judson.brown@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NECEC Transmission LLC in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge