**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>CAMPOS EPC, LLC, and H.D.D.<br>COMPANY, INC.,<br><br>                Defendants. | CASE NO: 1:25-cv-05351<br><br>ECF<br><br>**EMILY M. SNODDON MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I Emily M. Snoddon, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff NECEC Transmission LLC in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia, the State of Illinois, and the State of New York. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached is my declaration pursuant to Local Rule 1.3.

Dated: July 2, 2025

                                    Respectfully Submitted,

                                      */s/ Emily M. Snoddon*
                                      Emily M. Snoddon
                                      KIRKLAND & ELLIS LLP
                                      1301 Pennsylvania Ave, N.W.
                                      Washington, DC 20004
                                      Telephone: 202-389-3074
                                      Facsimile: 202-389-5200
                                      emily.snoddon@kirkland.com

                                      *Attorney for Plaintiff NECEC Transmission*
                                      *LLC*