**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>    Defendants. | CASE NO: 1:25-cv-05351<br><br>ECF<br><br>**DECLARATION OF EMILY M. SNODDON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Emily M. Snoddon, hereby declare:

1. I am an associate with the law firm Kirkland & Ellis LLP, and I submit this declaration in support of my motion for admission *pro hac vice* to this Court for all purposes in connection with this action.

2. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia since February 2023 (Exhibit 1), the State of Illinois since January 2021 (Exhibit 2), and the State of New York since January 2022 (Exhibit 3).

3. I have never been convicted of a felony.

4. I have never been held in contempt of any court, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am not the subject of any present or past disciplinary proceedings in this or any other court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

Respectfully Submitted,

*/s/ Emily M. Snoddon*
Emily M. Snoddon
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: 202-389-3074
Facsimile: 202-389-5200
emily.snoddon@kirkland.com

*Attorney for Plaintiff NECEC Transmission LLC*

2