UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECEC TRANSMISSION LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CAMPOS EPC, LLC, and H.D.D. COMPANY, INC.,<br><br>      Defendants. | CASE NO. 1:25-cv-05351<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

  The motion of Emily M. Snoddon for admission to practice *pro hac vice* in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bars of the District of Columbia, the State of Illinois, and of the State of New York and that her contact information is as follows:

    Name: Emily M. Snoddon
    KIRKLAND & ELLIS LLP
    1301 Pennsylvania Ave, N.W.
    Washington, DC 20004
    Telephone: 202-389-3074
    Facsimile: 202-389-5200
    Email: emily.snoddon@kirkland.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for counsel for Plaintiff NECEC Transmission LLC in the above entitled action;

  IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2025

                  _____
                        United States District Judge